# Court of Appeals
# of the State of Georgia

ATLANTA,____August 10, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A2125.  JULIET KILBY v. THE ROBERTS LAW FIRM, P. C.

The Roberts Law Firm, P. C. sued Juliet Kilby in magistrate court and obtained a judgment against her.  Kilby appealed to the superior court, which later dismissed her appeal.  She then appealed directly to this Court.  We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1).  Kilby's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*____08/10/2016____
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*